RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK

DATE ___4__/_22_/_14____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| MOHAMMAD ATTA | CIVIL ACTION NO: 2:13-cv-3174 |
| VERSUS | SECTION P |
| | JUDGE TRIMBLE |
| FEDERAL DETENTION CENTER OAKDALE | MAGISTRATE JUDGE KAY |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that respondent's Motion to Dismiss be GRANTED and the petition for Writ of Habeas Corpus be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED, in chambers, in Lake Charles, Louisiana, on this 22nd day of _April_____, 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE